FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

<u>GREAT FALLS</u> DIVISION

Enter above the full name of the plaintiff or plaintiffs in this action

BENJAMIN KARL RAY BUNTON,
(AKA) BENJAMIN KARL SMITH,

-vs-

STATE OF MONTANA, MONTANA DEPT. OF CORRECTIONS, MONTANA STATE PRISON, CORE CIVIC INC., BRIAN M. GOOTKIN, D.J. GODFREY, SHELLY STEYH, MS. ROSS, LT. LESTER, MS. VINES, BILLIE REICH, MR. LOFTON, MS. ALSTAD, JIM SALMONSEN, MR. HAMILTON, MR. MARTZ,

Enter above the full name of the defendant or defendants in this action.

I. Previous lawsuits:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes (x) No (_)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline and attach).

   Parties to this previous lawsuit:
   BENJAMIN KARL RAY BUNTON V. CITY OF MENDOTA POLICE DEPT.

Plaintiffs: BENJAMIN KARL RAY BUNTON

Defendants: CITY OF MENDOTA POLICE DEPT.

2. Court if federal court, name the district; if state court, name the county):

3. Docket Number: 1:23-CV-211-JLT-SAB

4. Name of judge to whom case was assigned:

United States District Judge Jennifer L. Thurston

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

CASE IS PENDING

6. Approximate date of filing lawsuit:

MARCH 2022

7. Approximate date of disposition:

pending

II. Place of Present Confinement:

A. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? <u>exhausted all remedies available</u>

2. What was the result?   PARTIAL GRANTED AND NOT NOT PROCESSED AT WARDEN'S LEVEL. GRANTED PORTION NEVER GIVEN.

D. If your answer is NO, explain why not:

_____

_____

III. Parties:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff   BENJAMIN KARL RAY BUNTON

Address   CORE CIVIC CORRECTIONAL FACILITY
50 CROSSROAD DRIVE, SHELBY MONTANA 59474

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for names, positions and places of employment of any additional defendants).

B. Defendant <u>BRIAN GOOTKIN</u> is employed as DIRECTOR OF CORRECTIONS at STATE STATE OF MONTANA.

C. DEFENDANT JIM SALMONSEN IS EMPOLYED AS WARDEN AT MONTANA STATE PRISON.

☒ Additional defendants:  _____

D. DEFENDANT D.J. GODFREY IS EMPOLYED AS WARDEN AT CORE CIVIC CORRECTIONAL FACILITY.

E. DEFENDANT MS. ALSTAD IS EMPOLYED AS MONTANA STATE PRISON CONTRACT MONTIOR AT CORE CIVIC CORRECTIONAL FACILITY.

F. DEFENDANT SHELLY STEYH IS EMPOLYED AS CHIEF OF UNIT MANAGEMENT AT CORE CIVIC CORRECTIONAL FACILITY.

IV. Statement of claim:

    G. DEFENDANT MS. ROSS IS EMPOLYED AS A CORRECTIONAL COUNSELOR AT CORE CIVIC CORRECTIONAL FACILITY.

    H. DEFENDANT MR. LESTER IS EMPOLYED AS A CORRECTIONAL COUNSELOR AT CORE CIVIC CORRECTIONAL FACILITY.

    I. DEFENDANT MS. VINES IS EMPLOYED AS A GRIEVANCE CORRDINATOR AT CORE CIVIC CORRECTIONAL FACILITY.

    J. DEFENDANT BILLIE REICH IS EMPLOYED AS A GRIEVANCE FOR THE DEPARTMENT OF CORRECTIONS FOR THE STATE OF MONTANA.

    K. DEFENDANT MR. LOFTON IS EMPLOYED AS A CORRECTIONL COUNSELOR AT CORE CIVIC CORRECTIONAL FACILITY.

    L. DEFENDANT MR. HAMILTON IS EMPLOYED AS A ASSOCIATE WARDEN AT CORE CIVIC CORRECTIONAL FACILITY.

    M. DEFENDANT MR. MARTZ IS EMPLOYED AS A MONTANA STATE PRISON MONTIOR AT CORE CIVIC CORRECTIONAL FACILITY.

State here as briefly as possible only the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related cases, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

ON MARCH 2024 I WAS RECEIVED AT MONTANA STATE PRISON. DURING THE COURSE OF MY STAY, NUMEROUS LEGAL DOCUMENTS WERE RECEIVED FROM THE UNITED STATES DISTRICT COURT EASTERN DISTRICT ALONG WITH SEVERAL DOCUMENTS FROM MONTANA DISTRICT COURT, AS WELL AS DOCUMENTS FROM OPPOSING LEGAL COUNSEL. IN JUNE OF 2024 I WAS TRANSFERRED FROM MONTANA STATE PRISON TO CORE CIVIC CORRECTIONAL FACILITY IN SHELBY MONTANA. UPON ARRIVAL IT WAS REVEALED THAT MY ALL MY PERSONAL PROPERTY HAD NO BEEN SENT TO CORE CIVIC CORRECTIONAL FACILITY. ALL OF MY LEGAL DOCUMENTS, (OVER 1500 pages) HAD BEEN LOST OR DESTROYED. I FOLLOWED THE GRIEVANCE PROCESS, WHICH WAS PARTIAL GRANTED, HOWEVER, AS OF THE FILING OF THIS COMPLAINT NO ACTION HAS BEEN TAKEN.

I BEGAN RECEIVING MY LEGAL MAIL AT CORE CIVIC CORRECTIONAL, AS I HAD ALL LEGAL MATTERS FORWARDED; UPON FILING THE PREVIOUS GRIEVANCE, STAFF AT CORE CIVIC CORRECTIONAL BEGAN TO INTERFERE WITH MY PENDING LEGAL MATTERS. THEY BEGIN TO WITHHOLD MY INCOMING MAIL FOR SEVERAL WEEKS PROHIBITING ME FROM RESPONDING AND STAFF AT CORE CIVIC BEGAN RETURNING MY LEGAL TO SENDER WITHOUT NOTICE. THE ACTIONS OF THESE DEFENDANTS HAS CAUSED ME TO WITHDRAW FROM A FEDERAL CIVIC ACTION.

THE ACTIONS OF THE LISTED DEFENDANTS, PURPOSEFUL AND WILLFUL DESTROYING OR LOSS OF MY LEGAL DOCUMENTS AND KNOWINGLY INFERENCE AND WITHHOLDING OF MY LEGAL MAIL IS A VIOLATION OF MY RIGHTS. DURING A CELL SEARCH IN OCTOBER 2024 AT CORE CIVIC CORRECTIONAL FACILITY, CORE CIVIC STAFF REMOVED LEGAL DOCUMENTS FROM MY PROPERTY AND REFUSED TO RETURN THE DOCUMENTS,

V. Relief sought: PLAINTIFF HUMBLY REQUEST THE COURT AWARD THE PLAINTIFF $750,000 IN DAMAGES AND $175,000 IN PUNITIVE DAMAGES

State briefly exactly what you want the court to do for you.
Make no legal arguments. Cite no cases or statutes.

TO HOLD THE DEFENDANTS' RESPONSIBLE FOR THE VIOLATION OF THE PLAINTIFF'S CIVIC RIGHTS, INTERFERENCE IN PENDING STATE AND FEDERAL CIVIL ACTIONS, FOR TAMPERING WITH AND WITHHOLDING CONFIDENTIAL LEGAL U.S. MAIL.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of November, 2024.

*K. B[signature]*
290133
Plaintiff/Pro Se