UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| BENJAMIN KARL BUNTON AKA BENJAMIN KARL SMITH, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-99-GF-DLC |
| vs. | |
| STATE OF MONTANA, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of December 12, 2024 (Doc. 7), this action is DISMISSED for failure to pay filing fee.

Dated this 25th day of February, 2025.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk